# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Mohammed Abu Hanif,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

No. CV-26-01732-PHX-SHD (ASB)

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention, arguing his detention unconstitutionally prolonged. (Doc. 1.) The Petition is fully briefed. After briefing was completed, Petitioner filed a notice indicating his request for asylum was granted. (Doc. 9). On June 25, 2026, Petitioner filed an Ex Parte Emergency Motion for Temporary Restraining Order (Doc. 11). In his motion, Petitioner alleges he was transferred overnight to a removal staging facility "without notice to counsel, without court authorization." (Doc. 11 at 5-6.) The Court will direct an emergency response to the Motion. Respondents must address Petitioner's transfer, whether he is subject to removal despite being granted asylum, any process provided if Respondents contemplate third country removal, and whether Respondents complied with General Order 26-09, which requires two days' notice before removing Petitioner from the United States.[1]

---

[1] If Petitioner is attempting to challenge third country removal without due process, the Court notes the Petition in this matter only challenges Petitioner's detention and not removal. Nonetheless, due to the exigency of the situation, the Court will solicit information about Respondents' provision of notice prior to potential third country

**IT IS THEREFORE ORDERED** Respondents must file a response to Petitioner's Ex Parte Motion for Temporary Restraining Order (Doc. 11) as directed herein no later than **10:00 a.m. on Friday, June 26, 2026**.  If possible, Respondents should attempt to notify the Court on **Thursday, June 25, 2026**, whether Petitioner has been removed from the United States and whether his removal is imminent.

Dated this 25th day of June, 2026.

_____
Honorable Sharad H. Desai
United States District Judge

removal.

- 2 -