## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mohammed Abu Hanif, | No. CV-26-01732-PHX-SHD (ASB) |
| Petitioner, | **ORDER** |
| v. | |
| Eric Rokosky, et al., | |
| Respondents. | |

On July 28, 2026, the Court granted Petitioner's habeas corpus petition under 28 U.S.C. § 2241 and issued the following relevant orders:

**IT IS FURTHER ORDERED** that a bond hearing shall be held within **SEVEN (7) CALENDAR DAYS** of this order, unless Petitioner requests a continuance of the bond hearing, in which case Respondents may seek an extension of time to comply with the Court's Order.

1. Petitioner must be given at least two days' notice of the bond hearing and the bond hearing shall comport with the procedural requirements of *Singh v. Holder*, 638 F.3d 1196 (9th Cir. 2011). There must be a contemporaneous record of the hearing, and the **GOVERNMENT BEARS THE BURDEN** of proving by clear and convincing evidence that Petitioner is a flight risk or danger to the community; or

2. In the alternative, the Government shall immediately release Petitioner under appropriate conditions of release.

(Doc. 17 at 14.)  Petitioner filed an Emergency Motion to Enforce Judgment, arguing that Respondents did not comply with the Court's Order in that he was not provided the requisite notice and the Immigration Judge failed to apply the correct legal standard and

burden of proof on Respondents.  The Court will require an emergency response to the motion.

**IT IS THEREFORE ORDERED** Respondents must file a response to Petitioner's Emergency Motion to Enforce no later than **August 3, 2026**.   The response must provide documentary evidence establishing the compliance with the July 28, 2026 Order including the requisite notice to Petitioner and compliance with the procedural requirements of *Singh v. Holder*, 638 F.3d 1196 (9th Cir. 2011).

Dated this 31st day of July, 2026.

_____
Honorable Sharad H. Desai
United States District Judge

- 2 -